AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama, Northern Division__

Robin Atwell

V.

Smart Alabama, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV1089-MEF

TO: (Name and address of Defendant)

Smart Alabama, LLC
c/o George B. Harris
401 Adams Avenue, Ste. 780
Montgomery, Alabama  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Horsley
Lindsey O. Hill
Goozee, King & Horsley
Shades Brook Bldg., Ste. 200
3300 Cahaba Road
Birmingham, Alabama  35223

an answer to the complaint which is served on you with this summons, within ~~20~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 12/11/06