| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) ZARR. SON   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Smart Alabama LLC<br>c/o George B. Harris<br>401 Adams Ave., Ste. 780<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ No<br>If YES, enter delivery address below:<br><br>06cv1080<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0002 5799 2748 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540