IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBIN ATWELL, an individual,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) **CIVIL ACTION NO. 2:06 CV 1089-MEF** |
| **SMART ALABAMA, LLC, a legal entity,** | ) ) ) |
| **Defendant.** | ) ) |

**CORPORATE DISCLOSURE STATEMENT OF
SMART ALABAMA, LLC**

COMES NOW SMART Alabama, LLC ("SMART") and pursuant to Fed. R. Civ. P. 7.1, files its Corporate Disclosure Statement, as follows:

SMART has no parent corporation that is publicly traded and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

/s/ Kathryn M. Willis
Marcel L. Debruge (DEB006)
Ronald W. Flowers, Jr. (FLO031)
Kathryn M. Willis (MOR130)

Attorneys for Defendant
SMART ALABAMA, LLC.

1581862 v1

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 29th day of June, 2007:

Richard F. Horsley
Lindsey O. Hill
Goozee, King & Horsley
Shades Brook Bldg., Suite 200
3300 Cahaba Road
Birmingham, Al  35223
Phone:  (205) 871-1310

                                        /s/ Kathryn M. Willis
                                        OF COUNSEL