IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBIN ATWELL, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:06 CV 1089-MEF |
| ) | |
| **SMART ALABAMA, LLC, a legal entity,** ) | |
| ) | |
| **Defendant.** ) | |

CORPORATE DISCLOSURE STATEMENT
OF ROBIN ATWELL

COMES NOW the Plaintiff, Robin Atwell, and pursuant to Fed. R.Civ. P. 7.1, files her Corporate Disclosure Statement, as follows:

Plaintiff, Robin Atwell, is an individual and has no reportable relationships.

   /s/ Richard F. Horsley
Richard F. Horsley (HOR023)
Lindsey O. Hill (HIL055)
Attorneys for Plaintiff

**OF COUNSEL:**

**KING, HORSLEY & LYONS, LLC**
**1 Metroplex Drive, Ste. 280**
**Birmingham, Alabama 35209**
**(205) 871-1310**

## **CERTIFICATE OF SERVICE**

_____I do hereby certify that I have filed the foregoing documents using the CM/ECF document filing program, which will cause a copy to be served via electronic mail, or alternatively, I have served a copy of the foregoing on all counsel of record by placing a copy of same in the U.S. Mail, prepaid first class postage, on this the   29th   day of   June  , 2007.

Marcel L. Debruge, Esq.
Ronald W. Flowers, Jr., Esq.
Kathryn M. Willis, Esq.
BURR & FORMAN, LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203

Thomas F. Kelly, Jr.
P.O. Box 605
Clayton, Alabama 36016-0605

                                                   /s/ Richard F. Horsley