**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROBIN ATWELL, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2:06 CV 1089-MEF** |
| | ) | |
| **SMART ALABAMA, LLC, a legal** | ) | |
| **entity,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**CORPORATE DISCLOSURE STATEMENT**</u>
<u>**OF ROBIN ATWELL**</u>

COMES NOW the Plaintiff, Robin Atwell, and pursuant to Fed. R.Civ. P. 7.1, files her

Corporate Disclosure Statement, as follows:

Plaintiff, Robin Atwell, is an individual and has no reportable relationships.

    /s/ Richard F. Horsley
Richard F. Horsley (HOR023)
Lindsey O. Hill (HIL055)
Attorneys for Plaintiff

**OF COUNSEL:**

**KING, HORSLEY & LYONS, LLC**
**1 Metroplex Drive, Ste. 280**
**Birmingham, Alabama 35209**
**(205) 871-1310**

## CERTIFICATE OF SERVICE

_____I do hereby certify that I have filed the foregoing documents using the CM/ECF document filing program, which will cause a copy to be served via electronic mail, or alternatively, I have served a copy of the foregoing on all counsel of record by placing a copy of same in the U.S. Mail, prepaid first class postage, on this the ___29th___ day of ___June___, 2007.

Marcel L. Debruge, Esq.
Ronald W. Flowers, Jr., Esq.
Kathryn M. Willis, Esq.
BURR & FORMAN, LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203

Thomas F. Kelly, Jr.
P.O. Box 605
Clayton, Alabama 36016-0605

                                    __/s/ Richard F. Horsley_____

# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Atwell v. Smart Alabama, LLC**

**Case Number:  2:06-cv-01089-MEF**

**Referenced Pleading:  Corporate/Conflict Disclosure Statement  - Doc. 14**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**