IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBIN ATWELL, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. CV-06-1089-MEF** |
| ) | |
| **SMART ALABAMA, LLC, a legal entity,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT SMART ALABAMA, LLC'S MOTION FOR SUMMARY JUDGMENT

COMES NOW defendant SMART Alabama, LLC ("SMART" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Court to grant summary judgment in its favor and dismiss plaintiff's Complaint on the grounds that there is no genuine issue as to any material fact and that defendant is entitled to judgment as a matter of law. More particularly, in support of its Motion, defendant states as follows:

1. Under applicable summary judgment standards, summary judgment is warranted in this case because the undisputed factual evidence and substantive law preclude plaintiff from recovery against defendant.

2. SMART is entitled to summary judgment as to plaintiff's sexual harassment claims.

1616135 v1

    a.    Plaintiff has failed to establish a genuine issue of material fact as to a tangible employment action;

    b.    Plaintiff has failed to establish an issue of material fact as to hostile work environment;

    c.    SMART is not liable;

        (i)    SMART is not directly liable; and

        (ii)    SMART is not vicariously liable.

            (1)    Defendant exercised reasonable care to prevent and correct any sexually harassing behavior.

            (2)    Plaintiff was aware of and unreasonable to take advantage of preventative or corrective opportunities and to avoid harm otherwise.

3.    SMART is entitled to summary judgment as the plaintiff's claim for retaliation.

4.    This Motion is based on the pleadings on file as well as the Brief, Evidentiary Submissions submitted herewith, and all Orders of the Court.

**WHEREFORE, PREMISES CONSIDERED,** defendant respectfully requests that this Court grant summary judgment in its favor, dismiss plaintiff's Complaint, and tax costs to plaintiff.

s/Kathryn Morris Willis
Marcel L. Debruge (DEB006)
Kathryn Morris Willis (MOR130)

Attorneys for Defendant
SMART ALABAMA, LLC

OF COUNSEL:
**BURR & FORMAN LLP**
3400 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100

1616135 v1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served on the following by directing same to his office address through first-class, United States mail, postage prepaid, on this the 2nd day of November, 2007:

Richard F. Horsley, Esq.
Lindsey O. Hill, Esq.
Goozee, King & Horsley
1 Metroplex, Suite 280
Birmingham, Alabama 35209

Thomas F. Kelly, Jr., P.C.
17 Court Square
P.O. Box 605
Clayton, Alabama  36016

                                                    s/Kathryn Morris Willis
                                                   OF COUNSEL