IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBIN ATWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1089-MEF |
| | ) | |
| SMART ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #16) filed on November 2, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on November 26, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before November 19, 2007. The defendant may file a reply brief on or before November 26, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 5th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE