IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06 CV 1089-MEF |
| | ) |
| SMART ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE SUMMARY JUDGMENT RESPONSE DEADLINE**

**COMES NOW** the Plaintiff, through counsel, and respectfully request a continuance of the deadlines set to respond to the Defendant's Motion for Summary Judgment in the above referenced case. As grounds, the Plaintiff shows unto the Court as follows:

1. The Defendant has no opposition and is in support of an extension of the above referenced deadlines.

2. Plaintiff's counsel will be out of town during Thanksgiving week as will defense counsel. Consequently, the holiday schedule will make it very difficult for the Plaintiff to meet the November 19, 2007 response deadline and the Defendant to meet the November 26, 2007 response deadline.

3. As such, the Plaintiff respectfully request an extension of the deadline to respond to the Defendant's Motion from November 19, 2007 to November 29, 2007, and the Defendant's deadline to respond to December 6, 2007.

4. Again, both parties are in agreement with this request.

Respectfully submitted,


/s/ Richard F. Horsley
**Richard F. Horsley   HOR023**
**Attorney for Plaintiff**


**OF COUNSEL:**
**Richard F. Horsley**
**Lindsey O. Hill**
**KING, HORSLEY & LYONS, LLC**
**1 Metroplex, Suite 280**
**Birmingham, Alabama 35209**
**Telephone: (205) 871-1310**
**Facsimile:  (205) 871-1370**
**Email:  rfhala@cs.com**


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Motion on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 12th day of November, 2007.

**Kathryn M Willis**
**BURR & FORMAN LLP**
**420 North 20th Street, Suite 3100**
**Birmingham, Alabama 35203**
**Telephone: (205) 251-3000**
**Facsimile: (205) 485-5100**

**Thomas F. Kelly, Jr., P.C.**
**17 Court Square**
**P. O. Box 605**
**Clayton, Alabama 36016**


/s/ Richard F. Horsley
**OF COUNSEL**