IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1089-MEF |
| | ) |
| SMART ALABAMA, LLC, | ) |
| | ) |
|    Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of Plaintiff's Motion to Continue Summary Judgment Response Deadline (Doc. # 21), it is hereby ORDERED as follows:

(1) The motion is GRANTED IN PART and DENIED IN PART.

(2) Plaintiff shall submit a response to the Motion for Summary Judgment on or before November 20, 2007.

(3) Defendant may submit a reply on or before November 27, 2007.

Done on this the 13th day of November, 2007.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE