IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBIN ATWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06 CV 1089-MEF |
| | ) | |
| SMART ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FACE TO FACE SETTLEMENT CONFERENCE**

**COME NOW** the attorneys representing both parties in the above styled cause of action and provide Notice to the Court of the Face to Face Settlement discussions. Those discussions resulted as follows:

1. The parties are in agreement that this case is not currently in a posture where it can be resolved. The parties are further in agreement that further settlement discussions at this time would be futile.

Dated this the 3rd day of December, 2007.

Respectfully submitted,

/s/ Richard F. Horsley
**Richard F. Horsley**
**Attorney for Plaintiff**


/s/ Kathryn M. Willis
**Kathryn M. Willis**
**Attorney for the Defendant**