# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROBIN ATWELL, an individual,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. CV-06-** |
| | ) **1089-MEF** |
| **SMART ALABAMA, LLC, a legal entity,** | ) |
| | ) |
| **Defendant.** | ) |

## SMART ALABAMA, LLC'S WITNESS AND EXHIBITS LIST AND DEPOSITION EXCERPTS

COMES NOW Defendant pursuant to the Scheduling Order entered by this Court and submits the following as its Witness and Exhibit List and Deposition Excerpts:

### Witnesses

1.  Robin Atwell (expect to call)
    c/o Goozee, King, & Horsley
    Shades Brook Building, Suite 200
    3300 Cahaba Road
    Birmingham, AL  35223

2.  Gary Sport (may call)
    General Affairs Manager
    SMART Alabama, LLC
    121 Shinyoung Drive
    Luverne, AL 36049

| | | |
|---|---|---|
| 3. | Ruth Ryan<br>Employee Relations Manager<br>SMART Alabama, LLC<br>121 Shinyoung Drive<br>Luverne, AL 36049 | (may call) |
| 4. | Lisa Bodiford<br>Former Safety Assistant<br>SMART Alabama, LLC<br>38 South Pointe Drive, Apt. 100C<br>Luverne, AL 36009 | (may call) |
| 5. | Wendy Burgans<br>Former Assembly Technician<br>SMART Alabama, LLC<br>1359 Bowden Road<br>Honorville, AL 36042 | (may call) |
| 6. | Lakisha Jessie<br>Former Assembly Technician<br>SMART Alabama, LLC<br>206 Barton Street<br>Andalusia, AL 36420 | (may call) |
| 7. | Carissa Jones<br>Quality Inspector<br>SMART Alabama, LLC<br>121 Shinyoung Drive<br>Luverne, AL 36049 | (may call) |
| 8. | Scott Kelley<br>Shift Supervisor<br>SMART Alabama, LLC<br>121 Shinyoung Drive<br>Luverne, AL 36049 | (may call) |

| | | |
|---|---|---|
| 9. | Rance Maddox<br>Former Safety Manager<br>SMART Alabama, LLC<br>703 21st Street North<br>Columbus, MS 39701 | (may call) |
| 10. | Melissa McGough<br>Former Safety Assistant<br>P.O. Box 351<br>Rutledge, AL  36071 | (may call) |
| 11. | Colinda Porter<br>Former Assembly Technician<br>P.O. Box 14<br>Goshen, AL  36035 | (may call) |
| 12. | Gary Smith<br>Team Leader<br>SMART Alabama, LLC<br>121 Shinyoung Drive<br>Luverne, AL 36049 | (may call) |
| 13. | Fran Hughes<br>Human Resources Specialist<br>SMART Alabama, LLC<br>121 Shinyoung Drive<br>Luverne, AL 36049 | (may call) |
| 14. | David McGough<br>Quality Manager<br>SMART Alabama, LLC<br>121 Shinyoung Drive<br>Luverne, AL 36049 | (may call) |
| 15. | Allen Wood<br>Allwood Construction<br>Troy, AL  36081 | (may call) |

| | | |
|---|---|---|
| 16. | Jimbo Ross<br>Double Branch Lounge<br>Highway 231 Bypass<br>Troy, AL 36081 | (may call) |
| 17. | Brantley Rescue Custodian of Records | (may call) |
| 18. | Crenshaw Community Hospital Custodian of Records | (may call) |
| 19. | Custodian of Records for Dr. Charles S. Tompkins | (may call) |
| 20. | All persons necessary to authenticate exhibits. | |
| 21. | All persons necessary for rebuttal. | |
| 22. | All persons listed by Plaintiff to which defendant has no objection. | |

## **EXHIBITS**

| | | |
|---|---|---|
| 1. | Admissible portions of the deposition of Robin Atwell with exhibits. | (expect to use) |
| 2. | Admissible portions of the deposition of Gary Sport with exhibits. | (expect to use) |
| 3. | Admissible portions of the deposition of Ruth Ryan with exhibits. | (expect to use) |
| 4. | Admissible portions of the deposition of Rance Maddox with exhibits. | (expect to use) |
| 5. | Affidavit of Ruth Ryan with attachments. | (expect to use) |
| 6. | Affidavit of Gary Sport with attachments. | (expect to use) |
| 7. | Declaration of Lisa Bodiford. | (may use) |

| | | |
|---|---|---|
| 8. | Declaration of Wendy Burgans. | (may use) |
| 9. | Declaration of Lakeisha Jessie. | (may use) |
| 10. | Declaration of Carissa Jones. | (may use) |
| 11. | Declaration of Scott Kelley. | (may use) |
| 12. | Declaration of Melissa McGough. | (may use) |
| 13. | Declaration of Colinda Porter. | (may use) |
| 14. | Declaration of Gary Smith. | (may use) |
| 15. | Affidavit of Fran Hughes with attachments. | (may use) |
| 16. | Affidavit of David McGough with attachments. | (may use) |
| 17. | Affidavit of Rance Maddox with attachments. | (may use) |
| 18. | Charge of Discrimination No. 420 2006 02661 | (may use) |
| 19. | Notice of Right to Sue Issued by the Equal Employment Opportunity Commission. | (may use) |
| 20. | Robin Atwell's Criminal Records. | (expect to use) |
| 21. | SMART Employee Handbook. | (expect to use) |
| 22. | SMART's Sexual Harassment Policy. | (expect to use) |
| 23. | Position Responsibilities of a Safety Assistant. | (expect to use) |
| 24. | Robin Atwell's Earnings Statement from SMART Alabama, LLC. | (expect to use) |
| 25. | February Safety Department Weekend Work Schedule. | (may use) |
| 26. | Employee Time Records. | (may use) |
| 27. | Edith Corley Statement re: Robin Atwell | (may use) |

| | | |
|---|---|---|
| 28. | Robin Atwell Personnel File. | (may use) |
| 29. | AIDT Pre-Hire Documents | (may use) |
| 30. | January 5, 2006, letter from Rance Maddox to Robin Atwell concerning her job performance. | (may use) |
| 31. | January 24, 2006, Rance Maddox memorandum to Safety Office. | (may use) |
| 32. | January 30, 2006, letter from Rance Maddox to Robin Atwell concerning her job performance. | (may use) |
| 33. | Robin Atwell's personal calendars. | (may use) |
| 34. | Safety Office Documents maintained and produced by Robin Atwell | (may use) |
| 35. | Income Tax Returns produced by Robin Atwell. | (expect to use) |
| 36. | Relevant e-mails | (may use) |
| 37. | Payroll records. | (may use) |
| 38. | Records subpoenaed from Young World of Learning. | (may use) |
| 39. | Records subpoenaed from Coffee County EMS. | (may use) |
| 40. | Records subpoenaed from Dr. Charles Tompkins | (may use) |
| 41. | Records subpoenaed from Double Branch Lounge. | (may use) |
| 42. | Records subpoenaed from Crenshaw County Community Hospital. | (may use) |
| 43. | Robin Atwell's responses to SMART Alabama, LLC's Interrogatories and Requests for Production and documents produced therewith. | (may use) |
| 44. | Documents submitted in Defendant's Initial Disclosures and supplements. | |

45.  Admissible portions of documents submitted in connection with Defendant's Motion for Summary Judgment.

46.  Documents necessary to refute Plaintiff's claim and/or to establish affirmative defenses.

47.  Documents necessary for rebuttal.

48.  Documents listed by Plaintiff to which Defendant does not object.

## DEPOSITION EXCERPTS

1.  Portions of the Deposition of Robin Atwell:
    a. 30:19-36:2
    b. 50:10-23
    c. 53:20-23
    d. 54:8-55:21
    e. 56:2-58:20
    f. 59:3-60:9
    g. 62:8-65:16
    h. 66:15-67:22
    i. 68:11-72:23
    j. 74:4-75:23
    k. 76:11-83:21
    l. 85:3-90:13
    m. 93:11-95:21
    n. 96:1-3
    o. 97:14-18
    p. 98:19-100:2

    q. 101:12-104:9
    r. 107:2-112:12
    s. 122:7-132:2
    t. 135:18-136:16
    u. 138:4-143:20
    v. 148:5-154:20
    w. 152:2-154:20
    x. 156:7-157:1
    y. 158:19-160:6
    z. 161:13-165:20
    a.1. 166:21-174:18
    b.1. 176:10-196:1
    c.1. 196:15-197:21
    d.1. 199:10-213:21
    e.1. 214:14-220:7
    f.1. 221:12-233:15
    g.1. 240:6-246:8
    h.1. 254:12-255:2
    i.1. 258:1-259:23
    j.1. 263:4-267:18
    k.1. 274:11-275:14
    l.1. 281:13-285:6
    m.1. 287:4-16
    n.1. 288:1-289:19
    o.1. 291:9-293:3
    p.1. 294:16-295:7

2.     Portions of the Deposition of Gary Sport:
        a. 6:22-17:23
        b. 22:6 – 37:6

    c. 49:14-51:8

    d. 55:9-56:13

    e. 58:17-59:18

    f. 61:1-23

    g. 65:3-68:9

    h. 73:2-15

    i. 80:13-23

    i. 84:9-87:4

    k. 89:9-96:13

3.   Portions of the Deposition of Ruth Ryan:

    a. 6:3-12:8

    b. 15:3-19:18

    c. 20:1-22:11

    d. 23:1-26:23

    e. 29:13-42:18

    f. 47:23-53:20

    g. 56:20-60:16

4.   Portions of the Deposition of Rance Maddox:

    a. 9:21-25

    b. 15:9-16

    c. 16:7-22:1

    d. 24:3-30:16

    e. 31:5-18

    f. 32:20-48:20

    g. 51:6-55:14

h.  57:12-66:12

>   /s/ Marcel L. Debruge
>   Marcel L. Debruge (DEB006)
>   Kathryn Morris Willis (MOR130)
>   Attorneys for Defendant
>   SMART ALABAMA, LLC

OF COUNSEL:

**BURR & FORMAN LLP**
3400 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to his office address through first-class, United States mail, postage prepaid, on this the 23rd day of January, 2008:

>   Richard F. Horsley, Esq.
>   Lindsey O. Hill, Esq.
>   Goozee, King & Horsley
>   1 Metroplex, Suite 280
>   Birmingham, Alabama 35209

>   Thomas F. Kelly, Jr., P.C.
>   17 Court Square
>   P.O. Box 605
>   Clayton, Alabama  36016

>   /s/ Marcel L. Debruge
>   OF COUNSEL