IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06 CV 1089-MEF |
| | ) |
| SMART ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S WITNESS LIST

**COMES NOW** the Plaintiff, through counsel, and provides the following list of witnesses expected to present testimony and who may present testimony at the trial scheduled for March 3, 2008:

### EXPECTED WITNESSES

1. Robin Atwell - Plaintiff
   9133 Emmett Avenue
   Brantley, Alabama 36009
   (334) 806-2633

2. Kevin Atwell
   9133 Emmett Avenue
   Brantley, Alabama 36009
   (334) 806-2633

3. Rance Maddox
   703 21st Street North
   Columbus, Mississippi 39701
   Telephone Number Unknown

4. Ruth Ryan
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

5. Gary Sport
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

6. Cathy Caldwell
6053 AL Hwy 87
Troy, Alabama 36079
(334) 674-1264

7. Misty Dicks
Address and Telephone Number Unknown

8. Dr. Charles Tompkins
101 Hospital Circle
Luverne, Alabama 36049

9. Janna Stephens
1575 Pond Creek Road
Luverne, Alabama 36049

10. Any witness appearing on the Defendant's Witness List.;

11. Any witness needed for rebuttal and/or impeachment purposes;

12. Any witness currently unknown who becomes known through further discovery.

**MAY PRESENT IF THE NEED ARISES**

1. Lisa Bodiford
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

2. Wendy Burgans
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

3. Lakeisha Jesse
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

4. Cansia Jones
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

5. Scott Kelley
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

6. Melissa McGough
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

7. Colinda Porter
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

8. Gary Smith
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

9. Fran Hughes
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

10. David McGough
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

11. Mr. Gin Roh
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

12. Mr. Qwan
c/o Smart Corporation
303 W 4th Street
Luvern, Alabama 36049
Telephone Number Unknown

/s/ Richard F. Horsley
**Richard F. Horsley   HOR023**
**Attorney for Plaintiff**

**OF COUNSEL:**
**Richard F. Horsley**
**Lindsey O. Hill**
**KING, HORSLEY & LYONS, LLC**
**1 Metroplex, Suite 280**
**Birmingham, Alabama 35209**
**Telephone: (205) 871-1310**
**Facsimile:  (205) 871-1370**
**Email:  rfhala@cs.com**

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing Notice on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 23rd day of January, 2008.

**Kathryn M Willis**
**BURR & FORMAN LLP**
**420 North 20th Street, Suite 3100**
**Birmingham, Alabama 35203**
**Telephone: (205) 251-3000**
**Facsimile: (205) 485-5100**

**Thomas F. Kelly, Jr., P.C.**
**17 Court Square**
**P. O. Box 605**
**Clayton, Alabama 36016**

                                                              /s/ Richard F. Horsley
                                                              **OF COUNSEL**