IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06 CV 1089-MEF |
| | ) |
| SMART ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S EXHIBIT LIST**

**COMES NOW** the Plaintiff, through counsel, and submits the following list of Exhibits to be offered at the trial scheduled to begin March 3, 2008:

EX 1. Robin Atwell EEOC charge and attachment filed May 16, 2006.

EX 2. Dr. Charles Tompkins patient billing records dated 2/28/2006.

EX 3. Blue Cross Blue Shield of Alabama certificate of credible coverage/Cobra dated 3/20/2006.

EX 4. Southeast Sportsman Calendar dated January/February 2006.

EX 5. Robin Atwell letter dated 2/2/2006.

EX 6. Rance Maddox letter dated 1/30/2006.

EX 7. Rance Maddox letter dated 1/30/2006 with handwritten comments made by Robin Atwell.

EX 8. Smart sexual harassment policy bate stamped D26(a)00001.

EX 9. Affidavit of Rance Maddox dated 11/1/2007.

EX10. Smart sexual harassment policy marked as Plaintiff's Exhibit 6 to Gary Sport's deposition.

EX 11. Smart sexual harassment policy marked as Plaintiff's Exhibit 7 to Gary Sport deposition.

EX 12. Defendant's answer to the Plaintiff's Complaint.

EX 13. Defendant's responses to Plaintiff's First Interrogatories and Request for Production.

EX 14. Defendant's production document bate stamped 00086.

EX 15. Robin Davis Smart Alabama LLC W-2 2006.

EX 16. Any exhibit appearing on the Defendant's Exhibit List;

EX 17. Any exhibit needed for rebuttal and/or impeachment purposes.

/s/ Richard F. Horsley
**Richard F. Horsley   HOR023**
**Attorney for Plaintiff**

**OF COUNSEL:**
**Richard F. Horsley**
**Lindsey O. Hill**
**KING, HORSLEY & LYONS, LLC**
**1 Metroplex, Suite 280**
**Birmingham, Alabama 35209**
**Telephone: (205) 871-1310**
**Facsimile:  (205) 871-1370**
**Email:  rfhala@cs.com**

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing Notice on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 23rd day of January, 2008.

**Kathryn M Willis**
**BURR & FORMAN LLP**
**420 North 20th Street, Suite 3100**
**Birmingham, Alabama 35203**

**Thomas F. Kelly, Jr., P.C.**
**17 Court Square**
**P. O. Box 605**
**Clayton, Alabama 36016**

                                                    /s/ Richard F. Horsley
                                                    **OF COUNSEL**