IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:06 CV 1089-MEF |
| | ) |
| SMART ALABAMA, LLC, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S DESIGNATION OF DEPOSITION
TESTIMONY TO BE USED AT TRIAL**

    **COMES NOW** the Plaintiff, through counsel, and designates the following deposition testimony to be used at the trial currently scheduled to begin on March 3, 2008:

    I.    **DEPOSITION OF RANCE MADDOX -**
        Page 6: L 17-25 through Page 25: L1-9
        Page 16, L 8-18 through Page 19: L 22-25
        Page 24, L 3-25 through Page 66: L 1-21

                          /s/ Richard F. Horsley
                          **Richard F. Horsley   HOR023**
                          **Attorney for Plaintiff**

**OF COUNSEL:**
**Richard F. Horsley**
**Lindsey O. Hill**
**KING, HORSLEY & LYONS, LLC**
**1 Metroplex, Suite 280**
**Birmingham, Alabama 35209**
**Telephone: (205) 871-1310**
**Facsimile: (205) 871-1370**
**Email: rfhala@cs.com**

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the above and foregoing Notice on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 23rd day of January, 2008.

**Kathryn M Willis**
**BURR & FORMAN LLP**
**420 North 20th Street, Suite 3100**
**Birmingham, Alabama 35203**

**Thomas F. Kelly, Jr., P.C.**
**17 Court Square**
**P. O. Box 605**
**Clayton, Alabama 36016**

                                                /s/ Richard F. Horsley
                                                **OF COUNSEL**