IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1089-MEF |
| ) | |
| SMART ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Unopposed Motion to Continue Trial Date (Doc. #33) filed on February 6, 2008, it is hereby

ORDERED that the motion is GRANTED. The court will enter an amended scheduling order.

DONE this the 11th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE