IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 06-cv-1089-MEF |
| ) | |
| SMART ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Upon consideration of the Defendant's Motion for Relief from Order (Doc. # 38), it is hereby

ORDERED that the Plaintiff may file a response on or before March 18, 2008.

Done this the 11th day of March, 2008.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE