IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 06-cv-1089-MEF |
| | ) |
| SMART ALABAMA, LLC, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

Upon consideration of the Defendant's Motion for Relief from Order (Doc. #38), it is hereby

ORDERED that the motion is DENIED.

Done this the 31st day of March, 2008.

                                                  /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE