IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBIN ATWELL, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. CV-06-** |
| ) | **1089-MEF** |
| **SMART ALABAMA, LLC, a legal entity,** ) | |
| ) | |
| **Defendant.** ) | |

### JOINT MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE

COMES NOW Plaintiff Robin Atwell ("Plaintiff") and Defendant SMART Alabama, LLC ("Defendant") and respectfully move this Court to reschedule the pre-trial conference currently set for June 3, 2008.  In support of their Motion, Plaintiff and Defendant state as follows:

1.      This action is currently set for trial before this Court on July 14, 2008.

2.      This Court originally scheduled the pre-trial conference for June 5, 2008, but rescheduled the conference to June 3, 2008, at 2:00 p.m.

3.      The parties have determined that a mediation will be necessary and useful in resolving this action.

4.      Judge Wallace Capel, the Magistrate Judge assigned to this action, will mediate this case on June 11, 2008 at 10:00 a.m. (Doc. No. 43).

1668306 v1

5.    The parties respectfully request that this Court reschedule the pre-trial conference for a date following soon after June 11, 2008, to avoid unnecessarily expending the Court's resources in the event that the parties are able to resolve this action through mediation.  Rescheduling the pre-trial conference for a date soon following the scheduled mediation will still allow time for the Court to consider any pre-trial matters, such as motions in limine or objections to witness and exhibit lists.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that this Court issue an Order rescheduling the pre-trial conference in this action for a date to follow June 11, 2008, the date scheduled for mediation in this action.

/s/ Richard F. Horsley (w/ permission)
Richard F. Horsley
Attorney for Plaintiff
ROBIN ATWELL

OF COUNSEL:

King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, Alabama 35209

/s/ Marcel L. Debruge
Marcel L. Debruge
Kathryn Morris Willis

1668306 v1

Austin E. Smith
Attorneys for Defendant
SMART ALABAMA, LLC

OF COUNSEL:

**BURR & FORMAN LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100

1668306 v1