IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBIN ATWELL,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 2:06 CV 1089-MEF** |
| | ) | |
| **SMART ALABAMA, LLC,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**PLAINTIFF'S DESIGNATION OF DEPOSITION
TESTIMONY TO BE USED AT TRIAL**

**COMES NOW** the Plaintiff, through counsel, and designates the following deposition testimony to be used at the trial currently scheduled to begin on July 14, 2008:

    **I.**    **DEPOSITION OF RANCE MADDOX -**
          Page 6: L 17-25 through Page 25: L1-9
          Page 16, L 8-18 through Page 19: L 22-25
          Page 24, L 3-25 through Page 66: L 1-21

                                      /s/ Richard F. Horsley
                                      **Richard F. Horsley   HOR023**
                                      **Attorney for Plaintiff**

**OF COUNSEL:**
**Richard F. Horsley**
**Lindsey O. Hill**
**KING, HORSLEY & LYONS, LLC**
**1 Metroplex, Suite 280**
**Birmingham, Alabama 35209**
**Telephone: (205) 871-1310**
**Facsimile:  (205) 871-1370**
**Email:  rfhala@cs.com**

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing Notice on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 28th day of May, 2008.

**Kathryn M Willis**
**BURR & FORMAN LLP**
**420 North 20th Street, Suite 3100**
**Birmingham, Alabama 35203**

**Thomas F. Kelly, Jr., P.C.**
**17 Court Square**
**P. O. Box 605**
**Clayton, Alabama 36016**

                /s/ Richard F. Horsley
                **OF COUNSEL**