IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1089-MEF |
| | ) |
| SMART ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Joint Motion to Continue Pretrial Conference (Doc. #44) filed on May 28, 2008, it is hereby

ORDERED that the motion is GRANTED. The pretrial conference scheduled in this case for June 3, 2008 at 2:00 p.m. is continued to **June 11, 2008 at 3:00 p.m.** in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama. The parties are reminded that the proposed pretrial order must be submitted no later than three business days prior to the pretrial conference.

DONE this the 30th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE