IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBIN ATWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1089-MEF |
| | ) | |
| SMART ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The court has been notified by the parties that the dispute in the above-referenced case has been resolved.  Accordingly, it is hereby

ORDERED that the pretrial conference scheduled for June 11, 2008 and trial set for July 14, 2008 are CONTINUED GENERALLY.

It is further ORDERED that the parties shall file a joint stipulation of dismissal on or before **June 20, 2008**.

DONE this 11th day of June, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE