IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBIN ATWELL, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-06-1089-MEF |
| | ) |
| SMART ALABAMA, LLC, a legal entity, | ) |
| | ) |
| Defendant. | |

## JOINT MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL

Come Now Plaintiff Robin Atwell and Defendant SMART Alabama, LLC, by and through their attorneys of record, and move this Court for an order allowing them to file the Settlement Agreement under seal and as grounds state the following:

1. On June 11, 2008 Judge Wallace Capel issued an order in open court requiring the parties to file a Settlement Agreement by Friday, June 13, 2008.

2. The Settlement Agreement prepared and accepted by both parties contains terms which are confidential in nature and are not intended for public disclosure.

3. Therefore, the Parties respectfully request to file the Settlement Agreement under seal.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that their motion be granted.

Respectfully submitted,

/s/ Richard F. Horsley (w/ permission)
Richard F. Horsley
Attorney for Plaintiff
ROBIN ATWELL

OF COUNSEL:

King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, Alabama 35209

/s/ Kathryn M. Willis
Marcel L. Debruge
Kathryn Morris Willis
Austin E. Smith
Attorneys for Defendant
SMART ALABAMA, LLC

OF COUNSEL:

**BURR & FORMAN LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBIN ATWELL, an individual,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. CV-06-1089-MEF** |
| | ) |
| **SMART ALABAMA, LLC, a legal entity,** | ) |
| | ) |
| **Defendant.** | |

### JOINT MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL

Come Now Plaintiff Robin Atwell and Defendant SMART Alabama, LLC, by and through their attorneys of record, and move this Court for an order allowing them to file the Settlement Agreement under seal and as grounds state the following:

1. On June 11, 2008 Judge Wallace Capel issued an order in open court requiring the parties to file a Settlement Agreement by Friday, June 13, 2008.

2. The Settlement Agreement prepared and accepted by both parties contains terms which are confidential in nature and are not intended for public disclosure.

3. Therefore, the Parties respectfully request to file the Settlement Agreement under seal.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that their motion be granted.

Respectfully submitted,

*/s/ Richard F. Horsley*
Richard F. Horsley
Attorney for Plaintiff
ROBIN ATWELL

OF COUNSEL:

King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, Alabama 35209

*/s/ Kathryn M. Willis*
Marcel L. Debruge
Kathryn Morris Willis
Austin E. Smith
Attorneys for Defendant
SMART ALABAMA, LLC

OF COUNSEL:

**BURR & FORMAN LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**ROBIN ATWELL, an individual,**

      **Plaintiff,**

**v.**

**SMART ALABAMA, LLC, a legal entity,**

      **Defendant.**

**CIVIL ACTION NO. CV-06-1089-MEF**

## JOINT MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL

Come Now Plaintiff Robin Atwell and Defendant SMART Alabama, LLC, by and through their attorneys of record, and move this Court for an order allowing them to file the Settlement Agreement under seal and as grounds state the following:

1. On June 11, 2008 Judge Wallace Capel issued an order in open court requiring the parties to file a Settlement Agreement by Friday, June 13, 2008.

2. The Settlement Agreement prepared and accepted by both parties contains terms which are confidential in nature and are not intended for public disclosure.

3. Therefore, the Parties respectfully request to file the Settlement Agreement under seal.

1672203 v1 1672120 v1

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that their motion be granted.

          Respectfully submitted,

          */s/ Richard F. Horsley (w/ permission)*
          Richard F. Horsley
          Attorney for Plaintiff
          ROBIN ATWELL

OF COUNSEL:

King, Horsley & Lyons, LLC
1 Metroplex, Suite 280
Birmingham, Alabama 35209

          */s/ Kathryn M. Willis*
          Marcel L. Debruge
          Kathryn Morris Willis
          Austin E. Smith
          Attorneys for Defendant
          SMART ALABAMA, LLC

OF COUNSEL:

**BURR & FORMAN LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100