IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 JUN 20 A 10: 43

| | |
|---|---|
| ROBIN ATWELL, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. CV-06-1089-MEF ) |
| SMART ALABAMA, LLC, a legal entity, | ) ) |
| Defendant. | ) |

## JOINT NOTICE OF FILING SETTLEMENT AGREEMENT UNDER SEAL

Pursuant to Judge Wallace Capel's June 11, 2008 order in open court, Plaintiff Robin Atwell and Defendant SMART Alabama, LLC hereby give notice of filing of the settlement agreement to be executed by the parties in this action under seal on this the 16th day of June, 2008.

/s/ Richard Horsley
Richard Horsley, Esq.
Thomas Kelley, Esq.

Attorneys for Plaintiff

/s/ Kathryn M. Willis
Marcel L. Debruge, Esq.
Kathryn M. Willis, Esq.
Ronald S. Williams, Esq.

Attorneys for Defendant