**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 17, 2008

# NOTICE OF DEFICIENCY

To: Richard Horsley, Kathryn M. Willis

From:   Clerk's Office

**Case Style:** Atwell v. Smart Alabama, LLC

**Case Number:** 2:06-cv-01089-MEF

**Referenced Pleading:**   Joint Notice of Filing  -  Doc. 55

**Notice is hereby given that the referenced deficient pleading was  filed on 6/17/08  by conventional  means and is deficient for  the following reason:**

**The pleading contains a  signature signed by the opposing side  with a notation: w/permission**

**The listed deficiency must be corrected within 10 days from the date of this notice with the correct signatures.  Please submit  to the Clerk's office by CONVENTIONAL referenced documents  as explained in the Civil Administrative Procedures, ALONG WITH A COPY OF THIS NOTICE.**

**DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the corrected signed affidavit.**