# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROBIN ATWELL, an individual,** | ) <br> ) |
| **Plaintiff,** | ) <br> ) <br> ) |
| **v.** | ) **CIVIL ACTION NO. CV-06-1089-** <br> ) **MEF** <br> ) |
| **SMART ALABAMA, LLC, a legal entity,** | ) <br> ) |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

As Defendant SMART Alabama, LLC, has fully satisfied its obligations to Plaintiff Robin Atwell in the terms of the settlement of this action, Plaintiff Robin Atwell and Defendant SMART Alabama, LLC, by and through their counsel of record, hereby stipulate to the dismissal of plaintiff's claims asserted in this case, with prejudice, each party to bear his or her or its own costs and attorneys' fees and expenses, other than as provided in the Settlement Agreement.

/s/Richard Horsley  
Richard Horsley, Esq.  
Thomas Kelley, Esq.

Attorneys for Plaintiff

/s/ Kathryn M. Willis

Marcel L. Debruge, Esq.  
Kathryn M. Willis, Esq.  
Ronald S. Williams, Esq.

Attorneys for Defendant

1672116 v1

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that Richard Horsley, Attorney of Record for Plaintiff Robin Atwell, has agreed to the filing of the foregoing Stipulation of Dismissal.

s/Kathryn M. Willis