**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Atwell v. Smart Alabama, LLC

**Case Number:** 2:06-cv-01089-MEF

Referenced Pleading - Stipulation of Dismissal with Prejudice   -  **Doc. 58**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ROBIN ATWELL, an individual,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **SMART ALABAMA, LLC, a legal entity,** ) <br> ) <br> **Defendant.** | **CIVIL ACTION NO. CV-06-1089-MEF** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

As Defendant SMART Alabama, LLC, has fully satisfied its obligations to Plaintiff Robin Atwell in the terms of the settlement of this action, Plaintiff Robin Atwell and Defendant SMART Alabama, LLC, by and through their counsel of record, hereby stipulate to the dismissal of plaintiff's claims asserted in this case, with prejudice, each party to bear his or her or its own costs and attorneys' fees and expenses, other than as provided in the Settlement Agreement.

/s/Richard Horsley
Richard Horsley, Esq.
Thomas Kelley, Esq.

Attorneys for Plaintiff

/s/ Kathryn M. Willis

Marcel L. Debruge, Esq.
Kathryn M. Willis, Esq.
Ronald S. Williams, Esq.

Attorneys for Defendant

1672116 v1

2

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that Richard Horsley, Attorney of Record for Plaintiff Robin Atwell, has agreed to the filing of the foregoing Stipulation of Dismissal.

<u>s/Kathryn M. Willis</u>